| | |
|---|---|
| PATRICIA DOYLE-KOSSICK, P.L.C. | |
| 4500 South Lakeshore Drive, Suite 575 | |
| Tempe, Arizona 85282-7032 | |
| Telephone: (480) 222-0291 | |
| Fax: (480) 222-0271 | |
| email: patricia.doyle-kossick@azbar.org | |
| Patricia Doyle-Kossick, 010217 | |
| Attorneys for Movant | |

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Proceedings in Chapter 13 |
| **GEORGE NERA AND MARY LOU NERA**, | **No. 2:09-08831 PHX CGC** |
| Debtors. | |
| **WELLS FARGO BANK, N.A., WELLS FARGO AUTO FINANCE, INC.** | NOTICE OF PRELIMINARY HEARING |
| Movant, | Related to Docket #s 24 and 28 |
| vs. | |
| **GEORGE NERA AND MARY LOU NERA**, Debtors, and **RUSSELL BROWN**, Trustee, | |
| Respondents. | |

NOTICE IS HEREBY GIVEN that on or about September 17, 2009, Movant, Wells Fargo Financial Acceptance, Inc., filed a Motion for termination of the automatic stay, by and through its attorneys, Patricia Doyle-Kossick, P.L.C. On or about October 5, 2009, the debtors' attorney filed an objection to the motion.

NOTICE IS HEREBY GIVEN that a preliminary hearing on the motion for relief from stay will be held before the Honorable Charles G. Case, II, United States Bankruptcy Judge, at 230 N. First Avenue, 6th Floor, Courtroom 601, Phoenix, Arizona, on October 29, 2009 at 1:30 p.m.

NOTICE IS FURTHER GIVEN that all proceeding in this contested matter shall be governed by the Order continuing stay in effect pending preliminary hearing and establishing procedures for resolution of stay relief motions, attached to this Notice.

**DATED** this 6th day of October, 2009.

          PATRICIA DOYLE-KOSSICK, P.L.C.

          /s/ *Patricia Doyle-Kossick* SBN 010217
          PATRICIA DOYLE-KOSSICK
          Attorney for Movant Attorneys for Wells Fargo
          Financial Acceptance, Inc.

Copy of the foregoing mailed
this 6th day of October, 2009 to:

George Nera
2873 W. Haley Drive
Anthem, AZ 85086

Mary Lou Nera
2873 W. Haley Drive
Anthem, AZ 85086

Joseph W. Charles
P.O. Box 1737
Glendale, AZ 85311-1737

Russell Brown
Chapter 13 Trustee
3838 North Central Avenue, Suite 800
Phoenix, AZ 85012-1965

*/s/ Patricia Doyle-Kossick*