# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | GEORGE & MARY LOU NERA |
| **Case Number:** | 2:09-bk-08831-CGC     **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, OCTOBER 29, 2009 01:30 PM   6TH FLOOR #601 |
| **Bankruptcy Judge:** | CHARLES G. CASE II |
| **Courtroom Clerk:** | RHONDA VAUGHAN |
| **Reporter / ECR:** | MARCO GARCIA |

## Matter:

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY WELLS FARGO AUTO FINANCE

**R / M #:**   24 / 0

## Appearances:

PATRICIA DOYLE-KOSSICK, ATTORNEY FOR MOVANT

## Proceedings:

Ms. Doyle-Kossick advises Mr. Charles has not communicated with her. She discusses the objection and advises the plan has not been amended to include the car and post-petition payments have not been made.

COURT: IT IS ORDERED GRANTING THE MOTION AND NOT WAIVING THE 10 DAY PERIOD.