PATRICIA DOYLE-KOSSICK, P.L.C.
4500 South Lakeshore Drive, Suite 575
Tempe, Arizona 85282-7032
Telephone: (480) 222-0291
Fax: (480) 222-0271
email: patricia.doyle-kossick@azbar.org
Patricia Doyle-Kossick, 010217
Attorneys for Movant

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>**GEORGE NERA AND MARY LOU NERA**,<br><br>Debtors. | Proceedings in Chapter 13<br><br>**No. 2:09-08831 PHX CGC** |
| **WELLS FARGO BANK, N.A., WELLS FARGO AUTO FINANCE, INC.**<br><br>Movant,<br><br>vs.<br><br>**GEORGE NERA AND MARY LOU NERA**, Debtors, and **RUSSELL BROWN**, Trustee,<br><br>Respondents. | NOTICE OF LODGING PROPOSED ORDER TERMINATING THE AUTOMATIC STAY |

Patricia Doyle-Kossick, P.L.C., counsel for Movant, hereby gives notice of the lodging of the attached Order Terminating the Automatic Stay.

DATED November 3, 2009

                              PATRICIA DOYLE-KOSSICK, P.L.C.

                              /s/ *Patricia Doyle-Kossick  SBN 010217*
                              PATRICIA DOYLE-KOSSICK
                              Attorney for Movant