SO ORDERED.

Dated: November 05, 2009

_____
CHARLES G. CASE, II
U.S. Bankruptcy Judge

PATRICIA DOYLE-KOSSICK, P.L.C.
4500 South Lakeshore Drive, Suite 575
Tempe, Arizona 85282-7032
Telephone: (480) 222-0291
Fax: (480) 222-0271
email: patricia.doyle-kossick@azbar.org
Patricia Doyle-Kossick, 010217
Attorneys for Movant

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| In re: | Proceedings in Chapter 13 |
|---|---|
| **GEORGE NERA AND MARY LOU NERA,** | **No. 2:09-08831 PHX CGC** |
| Debtors. | |
| **WELLS FARGO BANK, N.A., WELLS FARGO AUTO FINANCE, INC.** | ORDER TERMINATING THE AUTOMATIC STAY |
| Movant, | |
| vs. | |
| **GEORGE NERA AND MARY LOU NERA**, Debtors, and **RUSSELL BROWN**, Trustee, | |
| Respondents. | |

Movant, WELLS FARGO BANK, N.A., WELLS FARGO AUTO FINANCE, INC. having filed a Motion Seeking Termination of the Automatic Stay, through its counsel Patricia Doyle-Kossick, P.L.C.; the trustee, RUSSELL BROWN, having failed to file an objection to the Motion or the proposed form of Order; the Debtors, GEORGE NERA AND MARY LOU NERA, having filed an objection to the motion by and through their attorney, Joseph W. Charles; the Court having conducted a preliminary

Page 1

hearing on October 29, 2009; the Court having considered the arguments of counsel for Movant, Debtors' counsel having not appeared; the Court notes that chapter 13 plan does not provide for payment of this claim and that the Debtors are not paying any payments to Movant; the Court finds that the property described as:

2001 Infiniti QX4, VIN JNRDR09Y81W218251

is subject to a valid, perfected security interest and lien of Movant, which interest has not been afforded adequate protection; and good cause appearing therefore, it is

ORDERED, ADJUDGED AND DECREED that the Automatic Stay Against Lien Enforcement in effect with regard to the property described as:

2001 Infiniti QX4, VIN JNRDR09Y81W218251

is terminated as to WELLS FARGO BANK, N.A., WELLS FARGO AUTO FINANCE, INC.

DATED this _____ day of _____, 2009.

_____
UNITED STATES BANKRUPTCY JUDGE

Copy of the foregoing mailed
this 3rd day of November, 2009 to:

George Nera
2873 W. Haley Drive
Anthem, AZ  85086

Mary Lou Nera
2873 W. Haley Drive
Anthem, AZ  85086

Joseph W. Charles
P.O. Box 1737
Glendale, AZ  85311-1737

Page 2
Case 2:09-bk-08831-CGC    Doc 38    Filed 11/05/09    Entered 11/05/09 16:23:13    Desc
Main Document    Page 2 of 3

| | |
|---|---|
| 1 | Russell Brown<br>Chapter 13 Trustee |
| 2 | 3838 North Central Avenue, Suite 800<br>Phoenix, AZ  85012-1965 |
| 3 | |
| 4 | */s/ Patricia Doyle-Kossick* |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |