PATRICIA DOYLE-KOSSICK, P.L.C.
4500 South Lakeshore Drive, Suite 575
Tempe, Arizona 85282-7187
Telephone: (480) 222-0291
Fax: (480) 222-0271
email: patricia.doyle-kossick@azbar.org
Patricia Doyle-Kossick, 010217
Attorneys for Wells Fargo Bank, N.A., Wells
Fargo Auto Finance, Inc.

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| **In Re:** <br><br> **GEORGE NERA AND MARY LOU NERA,** <br><br> Debtors. | **Proceedings In Chapter 13** <br><br> **No. 2:09-08831 PHX CGC** <br><br> **OBJECTION TO FOURTH AMENDED CHAPTER 13 PLAN DATED DECEMBER 10, 2009** |

Wells Fargo Bank, N.A., Wells Fargo Auto Finance, Inc., a secured creditor in the above captioned matter (hereinafter "Wells Fargo"), by and through its attorneys, Patricia Doyle-Kossick, P.L.C., herewith submits its objection to the Fourth Amended Chapter 13 plan dated December 10, 2009 on the grounds that it fails to meet the statutory requirements set out in § 1325 of the United States Bankruptcy Code.

Wells Fargo is the owner and holder of a purchase money security agreement covering collateral described as:

2001 Infiniti QX4, VIN JNRDR09Y81W218251.

True and correct copies of the Motor Vehicle Retail Installment Sales Contract and Purchase Money Security Agreement and Arizona certificate of title evidencing Wells Fargo's first, valid, prior and perfected security interest and lien upon the collateral are attached hereto as Exhibits "A" and "B" and are incorporated herein by reference. The *principal balance* due and owing to

Case 2:09-bk-08831-CGC    Doc 50    Filed 12/17/09    Entered 12/17/09 17:49:07    Desc
Main Document      Page 1 of 3

Wells Fargo as of the date of the bankruptcy filing was $16,508.36, plus accrued and accruing interest at the rate of 9.99% per annum. Monthly payments on this account are $383.77. The account is delinquent for the May 7, 2009 payment and each payment thereafter.

The original chapter 13 plan filed by the Debtors on May 18, 2009 was completely silent as to the loan owed to Wells Fargo and secured by the 2001 Infiniti. An amended plan was filed on May 20, 2009 and it was also completely silent as to the loan owed to Wells Fargo. The undersigned counsel for Wells Fargo left messages for the Debtors' attorney to amend the plan to include this secured claim. After no amended plan was filed, on September 17, 2009, Wells Fargo filed a Motion seeking termination of the automatic stay.

On October 5, 2009 the Debtors' attorney objected to the motion for stay relief and stated that the scheduled and plan had been amended to include Wells Fargo's secured claim. No amended plan had been filed. On October 29, 2009 the Court held a hearing on Wells Fargo's motion for stay relief. At the time of the hearing, no amended plan had been filed and Wells Fargo's claim was not being paid inside the chapter 13 plan. Consequently the Court granted stay relief. On November 5, 2009 the Court signed an Order terminating the automatic stay.

An amended plan was filed on November 19, 2009. However, that amended plan was underfunded. Another amended plan was filed on December 10, 2009. This plan is still underfunded. With the funding there is not adequate plan payments to pay all the secured claims, interest, attorneys fees and trustee's fees.

Wells Fargo will give the Debtors and their attorney one last opportunity to file a plan which is properly funded and can be confirmed. Wells Fargo will wait until the end of the month for an amended plan which has adequate funding to pay all claims, fees and interest. If such an amended plan is not filed Wells Fargo may execute with the Order terminating the stay.

**WHEREFORE**, Wells Fargo Bank, N.A., Wells Fargo Auto Finance, Inc. respectfully requests that the Fourth Amended Chapter 13 dated December 10, 2009 be denied confirmation.

**RESPECTFULLY SUBMITTED** this 17th day of December, 2009.

| | |
|---|---|
| 1 | PATRICIA DOYLE-KOSSICK, P.L.C. |
| 2 | /s/ *Patricia Doyle-Kossick*  SBN 010217 |
|   | PATRICIA DOYLE-KOSSICK |

Copy of the foregoing mailed
this 17th day of December, 2009 to:

George Nera
Mary Lou Nera
2873 W. Haley Drive
Anthem, AZ  85086

Joseph W. Charles
P.O. Box 1737
Glendale, AZ  85311-1737

Russell Brown
Chapter 13 Trustee
3838 North Central Avenue, Suite 800
Phoenix, AZ  85012-1965

*/s/ Patricia Doyle-Kossick*

Page 3
Case 2:09-bk-08831-CGC    Doc 50    Filed 12/17/09    Entered 12/17/09 17:49:07    Desc
Main Document    Page 3 of 3