**Joseph W. Charles**
**5704 W. Palmaire Ave.**
**Glendale, AZ 85311-1737**
**623-939-6546**
**Fax: 623-939-6718**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br>**George Nera**<br>**Mary Lou Nera**<br><br>SSN **xxx-xx-7887**   SSN **xxx-xx-6059**<br>**2873 W Haley Dr**<br>**Phoenix, AZ 85086**<br>**2873 W Haley Dr**<br>**Phoenix, AZ 85086**<br>                                                          Debtor(s). | Case No. **2:09-bk-08831**<br><br>**CHAPTER 13 PLAN AND APPLICATION FOR PAYMENT OF ADMINISTRATIVE EXPENSES**<br><br>☐ Original<br>■ Amended<br>☐ Modified<br><br>☐ Plan payments include post-petition mortgage payments |

This Plan may affect creditor rights. **If you object to the treatment of your claim as proposed in this Plan, you must file a written objection by the deadline set forth in a Notice of Date to File Objections to Plan served on parties in interest.** If this is a joint case, then "Debtor" means both Debtors. This plan does not allow claims or affect the timeliness of any claim. To receive payment on your claim, you must file a proof of claim with the Bankruptcy Court, even if this Plan provides for your debt. The applicable deadlines to file a proof of claim were specified in the Notice of Commencement of Case. Except as provided in § 1323(c), a creditor who disagrees with the proposed treatment of its debt in this Plan must timely file an objection to the Plan.

If this is an Amended or Modified Plan, the reasons for filing this Amended or Modified Plan are:
**The plan was amended to comply with the Trustee Recommendations** .

(A) **Plan Payments and Property to be Submitted to the Plan.**

   (1) Plan payments start on **5/29/09** . The Debtor shall pay the Trustee as follows:

   $ **800.00** each month for month **1** through month **12** .
   $ **858.00** each month for month **13** through month **60** .

   The proposed plan duration is **60** months. The applicable commitment period is **36** months. Section 1325(b)(4).

   (2) In addition to the plan payments, Debtor will submit the following property to the Trustee: **To amend plan payment amounts and value of Las Vegas timeshare**

(B) **Trustee's Percentage Fee**. Pursuant to 28 U.S.C. § 586(e), the Trustee may collect the percentage fee from all payments and property received, not to exceed 10%.

1

(C) **Treatment of Administrative Expenses, Post-Petition Mortgage Payments and Claims**. Except adequate protection payments under (C)(1), post-petition mortgage payments under (C)(4), or as otherwise ordered by the Court, the Trustee will make disbursements to creditors after the Court confirms this Plan. Unless otherwise provided in Section (J), disbursements by the Trustee shall be pro rata by class (except adequate protection payments) and made in the following order:

   (1) *Adequate protection payments*. Section 1326(a)(1)(C) requires adequate protection payments to be made to creditors secured by personal property. Pursuant to Local Bankruptcy Rule 2084-6, the Trustee is authorized to make preconfirmation adequate protection payments to the certain secured creditors without a Court order, provided the claim is properly listed on Schedule D, the creditor files a secured proof of claim that includes documentation evidencing a perfected security agreement, and the debtor or creditor sends a letter to the Trustee requesting payment of preconfirmation adequate protection payments. The Trustee will apply adequate protection payments to the creditor's secured claim. After confirmation, unless the Court orders otherwise, adequate protection payments will continue in the same amount until claims to be paid before these claimants are paid in full, unless the confirmed plan or a court order specifies a different amount. **If a secured creditor disagrees with the amount of the proposed adequate protection payments or the plan fails to provide for such payments, the creditor may file an objection to confirmation of this plan, file a motion pursuant to §§ 362, 363, or do both.**

| Creditor | Property Description | Monthly Amount |
|---|---|---|
| **Wells Fargo Bank NA** | **2001 Infiniti QX4**<br>**100,000 miles** | **165.08** |

☐ See Section (J), Varying Provisions.

   (2) *Administrative expenses*. Section 507(a)(2).

      (a) Attorney fees. Debtor's attorney received $ **1,800.00** before filing. The balance of $ **2,200.00** or an amount approved by the Court upon application shall be paid by the Trustee. See Section (F) for any fee application.

      (b) Other Administrative Expenses. [Describe]

☐ See Section (J), Varying Provisions.

   (3) *Leases and Unexpired Executory Contracts*. Pursuant to § 1322(b), the Debtor assumes or rejects the following lease or unexpired executory contract. For a lease or executory contract with an arrearage to cure, the arrearage will be cured in the plan payments with regular monthly payments to be paid direct by the Debtor. The arrearage amount to be adjusted to the amount in the creditor's allowed proof of claim.

      (a) Assumed:

| Creditor & Property Description | Estimated Arrearage Amount | Arrearage Through Date |
|---|---|---|
| **-NONE-** | | |

      (b) Rejected:

| Creditor | Property Description |
|---|---|
| **-NONE-** | |

☐ See Section (J), Varying Provisions.

(4) **Claims Secured <u>Solely</u> by Security Interest in Real Property**. A creditor identified in this paragraph may mail the Debtor all correspondence, notices, statements, payment coupons, escrow notices, and default notices concerning any change to the monthly payment or interest rate without such being a violation of the automatic stay. Unless stated below, Debtor is to pay post-petition payments direct to the creditor and prepetition arrearages shall be cured through the Trustee. No interest will be paid on the prepetition arrearage or debt unless otherwise stated. The arrearage amount is to be adjusted to the amount in the creditor's allowed proof of claim. Except as provided in Local Bankruptcy Rule 2084-23, if a creditor gets unconditional stay relief the actual cure amount to be paid shall be adjusted by the Trustee pursuant to the creditor's *allowed* proof of claim. If the Debtor is surrendering an interest in real property, such provision is in paragraph (E). The Debtor is retaining real property and provides for each such debt as follows:

| Creditor/Servicing Agent & Property Description | Collateral Value & Valuation Method | Post-Petition Mortgage Payments | Estimated Arrearage | Arrearage Through Date |
|---|---|---|---|---|
| EMC MORTGAGE Location: 2873 W Haley Dr, Phoenix, AZ | 379,000.00 | 0.00 ■ Debtor will pay direct to creditor; or ☐ Included in Plan payment. Trustee will pay creditor. | 6,970.02 | |

☐ See Section (J), Varying Provisions.

(5) **Claims Secured by Personal Property or a Combination of Real and Personal Property**. Pursuant to § 1325(a), secured creditors listed below shall be paid the amount shown as the Amount to be Paid On Secured Claim, with such amount included in the Plan payments. However, if the creditor's proof of claim amount is less than the Amount to be Paid on Secured Claim, then only the proof of claim amount will be paid. Any adequate protection payments are as provided in Section (C)(1) above. If a creditor fails to file a secured claim or files a wholly unsecured claim, the debtor may delete the proposed payment of a secured claim in the order confirming plan.

| Creditor & Property Description | Debt Amount | Value of Collateral and Valuation Method | Amount to be Paid On Secured Claim | Interest Rate |
|---|---|---|---|---|
| AAA Car Title Loan, Inc 2001 Suzuki Vitara 125,000 miles | 537.21 | 4,000.00 | 537.21 | 0.00 |
| Consolidated Timeshare located at 7200 S Las Vegas Blvd, Las Vegas NV 89119. Value is based on the virtually non-existent secondary market for timeshare sales as evidenced by reviewing such webistes as www.bkassets.com. | 8,371.21 | 8,371.21 | 8,371.21 | 0.00 |
| Wells Fargo Bank NA 2001 Infiniti QX4 100,000 miles | 15,902.33 | 7,525.00 | 15,902.33 | 9.99 |

☐ See Section (J), Varying Provisions.

(6) **Priority, Unsecured Claims**. All allowed claims entitled to priority treatment under § 507 shall be paid in full pro rata.

(a) Unsecured Domestic Support Obligations. The Debtor shall remain current on such obligations that come due after filing the petition. Unpaid obligations before the petition date to be cured in the plan payments.

| Creditor | Estimated Arrearage Amount | Arrearage Through Date |
|---|---|---|
| -NONE- | | |

(b) Other unsecured priority claims.

| Creditor | Type of Priority Debt | Estimated Amount |
|---|---|---|
| -NONE- | | |

☐ See Section (J), Varying Provisions.

(7) *Codebtor Claims*. The following codebtor claim is to be paid per the allowed claim, pro rata before other unsecured, nonpriority claims.

| Creditor | Codebtor Name | Estimated Debt Amount |
|---|---|---|
| **-NONE-** | | |

☐ See Section (J), Varying Provisions.

(8) *Unsecured Nonpriority Claims*. Allowed unsecured, nonpriority claims shall be paid pro rata the balance of payments under the Plan.

☐ See Section (J), Varying Provisions.

(D) **Lien Retention**. Secured creditors shall retain their liens until payment of the underlying debt determined under nonbankruptcy law or upon discharge, whichever occurs first. Federal tax liens shall continue to attach to property excluded from the bankruptcy estate under 11 U.S.C. § 541(c)(2) until the Internal Revenue Service is required to release the liens in accordance with non bankruptcy law.

☐ See Section (J), Varying Provisions.

(E) **Surrendered Property**. Debtor surrenders the following property to the secured creditor. Upon confirmation of this Plan or except as otherwise ordered by the Court, bankruptcy stays are lifted as to the collateral to be surrendered. Any secured claim filed by such creditor shall receive **no** distribution until the creditor files an allowed unsecured claim or an amended proof of claim that reflects any deficiency balance remaining on the claim. *Should the creditor fail to file an amended unsecured claim consistent with this provision, the Trustee need not make any distributions to that creditor.*

| Creditor | Property Being Surrendered |
|---|---|
| **GMAC MORTGAGE** | **505 East Westcutt Drive, Phoenix, AZ 85086** |
| **IndyMac Bank** | **505 East Westcutt Drive, Phoenix, AZ 85086** |
| **SEDONA PINES TIME SHARE** | **Sedona Pines Time Share** |

(F) **Attorney Application for Payment of Attorney Fees**. Counsel for the Debtor has received a prepetition retainer of $ **1,800.00** , to be applied against fees and costs incurred. Fees and costs exceeding the retainer shall be paid from funds held by the Chapter 13 Trustee as an administrative expense. Counsel will be paid as selected in paragraph (1) or (2) below:

(1) **Flat Fee**. Counsel for the Debtor has agreed to a total sum of $ **4,000.00** to represent the Debtor. Counsel has agreed to perform the following services through confirmation of the plan:

- ☐ All of the below, except Additional Services.
- ■ Review of financial documents and information.
- ■ Consultation, planning, and advice, including office visits and telephone communications.
- ■ Preparation of Petition, Schedules, Statement of Financial Affairs, Master Mailing List.
- ■ Preparation and filing of Chapter 13 Plan, Plan Analysis, and any necessary amendments.
- ■ Attendance at the § 341 meeting of creditors.
- ■ Resolution of creditor objections and Trustee recommendations, and attendance at hearings.
- ■ Reviewing and analyzing creditor claims for potential objections, and attendance at hearings.
- ■ Responding to motions to dismiss, and attendance at hearings.
- ■ Responding to motions for relief from the automatic stay, and attendance at hearings.
- ■ Drafting and mailing of any necessary correspondence.
- ■ Preparation of proposed order confirming the plan.
- ■ Representation in any adversary proceedings.
- ☐ Representation regarding the prefiling credit briefing and post-filing education course.

4

**Additional Services**. Counsel for the Debtor has agreed to charge a flat fee for the following additional services provided to the Debtor after confirmation of the plan:

- ☐ Preparation and filing of Modified Plan $__.
- ☐ Preparation and filing of motion for moratorium $__.
- ☐ Responding to motion to dismiss, and attendance at hearings $__.
- ☐ Defending motion for relief from the automatic stay or adversary proceeding $__.
- ☐ Preparation and filing of any motion to sell property $__.
- ■ Other
  **Debtor has provided for $1,500.00 to be paid through Plan for preparing and filing a Motion to Avoid 2nd Mortgage on Debtors primary residence**.

All other additional services will be billed at the rate of $__ per hour for attorney time and $__ per hour for paralegal time. Counsel will file and notice a separate fee application detailing the additional fees and costs requested. Counsel will include *all* time expended in the case in the separate fee application.

☐ See Section (J), Varying Provisions.

(2) **Hourly Fees**. For hourly fees to be paid as an administrative expense, counsel must file and notice a separate fee application detailing the additional fees and costs requested. The application must include all time expended in the case.

Counsel has agreed to represent the Debtor for all services related to the Chapter 13 bankruptcy to be billed at the rate of $__ per hour for attorney time and $__ per hour for paralegal time.

☐ See Section (J), Varying Provisions.

(G) **Vesting**. Property of the estate shall vest in the Debtor upon confirmation of the Plan. The following property shall not revest in the Debtor upon confirmation: *[Describe or state none]*
**-NONE-**

☐ See Section (J), Varying Provisions.

(H) **Tax Returns**. While the case is pending, the Debtor shall provide to the Trustee a copy of any post-petition tax return within thirty days after filing the return with the tax agency. The Debtor has filed all tax returns for all taxable periods during the four-year period ending on the petition date, except: *[not applicable or describe unfiled returns]*.
**-NONE-**

(I) **Funding Shortfall**. Debtor will cure any funding shortfall before the Plan is deemed completed.

(J) **Varying Provisions**. The Debtor submits the following provisions that vary from the Local Plan Form, Sections (A) through (H):

**(1) EMC MORTGAGE: Debtor(s) intend to avoid lien under 522(f)(1) or 522(f)(2).**

(K) **Plan Summary**. If there is a discrepancy between paragraphs (A) - (J) and paragraphs (K) - (M), then the provisions of paragraphs (A) - (J) and the confirmed plan control.

| | | |
|---|---|---:|
| (1) | Trustee's compensation (10% of plan payments) | $ 5,078.40 |
| (2) | Ongoing post-petition mortgage payments | $ 0.00 |
| (3) | Administrative expenses and claims | $ 2,200.00 |
| (4) | Priority claims | $ 0.00 |
| (5) | Prepetition mortgage or lease arrears, or amount to cure defaults, including interest | $ 6,970.02 |
| (6) | Secured personal property claims, including interest | $ 28,842.06 |
| (7) | Amount to unsecured nonpriority claims | $ 7,693.52 |
| (8) | **Total of plan payments** | $ **50,784.00** |

(L) **Section 1325 Analysis.**

(1) *Best Interest of Creditors Test:*

| | | | |
|---|---|---|---|
| (a) | Value of Debtor's interest in nonexempt property | $ | **727.93** |
| (b) | Plus: Value of property recoverable under avoiding powers | $ | **0.00** |
| (c) | Less: Estimated Chapter 7 administrative expenses | $ | **0.00** |
| (d) | Less: Amount to unsecured, priority creditors | $ | **0.00** |
| (e) | **Equals:** Estimated amount payable to unsecured, nonpriority claims if Debtor filed Chapter 7 | $ | **82,491.65** |

Paragraph (2) to be completed by debtors whose current monthly income exceeds the state's median income.

(2) *Section 1325(b) Analysis:*

| | | | |
|---|---|---|---|
| (a) | Monthly disposable income under § 1325(b)(2), Form B22C, Statement of Current Monthly Income | $ | **-129.56** |
| (b) | Applicable commitment period | $ | **36** |
| (c) | Section 1325(b)(2) monthly disposable income amount multiplied by 36 | $ | **-4,664.16** |
| (M) | **Estimated Amount to Unsecured Nonpriority Creditors Under Plan** | $ | **7,693.52** |

Dated: **March 3, 2010**

/s/ George Nera  
**George Nera**  
Debtor

/s/ Mary Lou Nera  
**Mary Lou Nera**  
Debtor

/s/ Joseph W. Charles  
**Joseph W. Charles**  
Attorney for Debtor  
**Joseph W. Charles, PC**  
**5704 W. Palmaire Ave.**  
**Glendale, AZ 85311-1737**  
**623-939-6546 Fax: 623-939-6718**

*rev. 12/09*

**AMENDED**
LOCAL SAMPLE FORM 13-2. PLAN ANALYSIS

Debtor(s): **George Nera**
**Mary Lou Nera**                          Case No.: **2:09-bk-08831**

Prior:   Chapter 7 ( )   Chapter 13 ( )   Date: **March 3, 2010**

### TOTAL DEBT AND ADMINISTRATE EXPENSES
### PROVIDED FOR BY THE PLAN

| | | | |
|---|---|---|---:|
| A. | DEBTOR'S UNPAID ATTORNEY FEES | $ | 2,200.00 |
| B. | PRIORITY CLAIMS | $ | 0.00 |
| | 1. Taxes | $ | 0.00 |
| | 2. Other | $ | 0.00 |
| C. | PAYMENTS TO CURE DEFAULTS | $ | 6,970.02 |
| D. | PAYMENTS ON SECURED CLAIMS | $ | 28,842.06 |
| E. | PAYMENTS ON OTHER CLASS | $ | 0.00 |
| F. | PAYMENTS ON GENERAL UNSECURED CLAIMS | $ | 7,693.52 |
| G. | SUB-TOTAL | $ | 45,705.60 |
| H. | TRUSTEE'S COMPENSATION ( 10 % of debtor's payments) | $ | 5,078.40 |
| I. | TOTAL AMOUNT OF PLAN PAYMENTS | $ | 50,784.00 |

### RECONCILIATION WITH CHAPTER 7

| | | | |
|---|---|---|---:|
| J. | INTEREST OF GENERAL UNSECURED CREDITORS IF CHAPTER 7 FILED | | |
| | 1. Value of debtor's interest in nonexempt property | $ | 727.93 |
| | 2. Value of property recoverable under avoiding powers | $ | 0.00 |
| | 3. Less: Estimated Chapter 7 administrative expenses | $ | 0.00 |
| | 4. Less: Priority claims | $ | 0.00 |
| K. | EQUALS ESTIMATED DIVIDEND FOR GENERAL UNSECURED CREDITORS UNDER CHAPTER 7 | $ | 82,491.65 |
| L. | ESTIMATED DIVIDEND UNDER PLAN | $ | 7,693.52 |

IF THERE ARE DISCREPANCIES BETWEEN THE PLAN AND THIS PLAN ANALYSIS, THE PROVISIONS OF THE PLAN, AS CONFIRMED, CONTROL.

# CERTIFICATE OF NOTICE

```
District/off: 0970-2           User: schriste              Page 1 of 2              Date Rcvd: Mar 04, 2010
Case: 09-08831                 Form ID: pdf010             Total Noticed: 68

The following entities were noticed by first class mail on Mar 06, 2010.
db/jdb       +GEORGE NERA,   MARY LOU NERA,   2873 W HALEY DR,   ANTHEM, AZ 85086-1749
smg           AZ DEPARTMENT OF REVENUE,   BANKRUPTCY & LITIGATION,   1600 W. MONROE, 7TH FL.,
               PHOENIX, AZ 85007-2650
cr            EMC Mortgage Corporation,   ATTN: Bankruptcy Department,   P.O. Box 293150,
               Lewisville, TX 75029-3150
cr           +WELLS FARGO BANK, N.A., WELLS FARGO AUTO FINANCE,,   c/o Patricia Doyle-Kossick,
               4500 S. Lakeshore Drive,   Suite 575,   Tempe, AZ 85282-7187
8094941      +AAA Car Title Loan, Inc,   4040B N 40th St,   Phoenix AZ 85018
8094942      +ALLIED INTERSTATE,   PO BOX 361477,   Columbus OH 43236-1477
8094943      +AT & T WIRELESS,   7575 Corporate Way,   Eden Prairie MN 55344-2022
8094944      +BANK OF AMERICA,   P. O. Box 17054,   Wilmington DE 19884-0001
8094945      +BARCLAYS BANK DELAWARE,   125 SOUTH WEST STREET,   WILMINGTON DE 19801-5014
8648041      +CANDICA, L.L.C.,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
8094948      +CAPITAL ONE,   P. O. Box 60599,   City Of Industry CA 91716-0599
8094946      +CAPITAL ONE,   P. O. Box 85520,   Richmond VA 23285-5520
8198506      +CAPITAL ONE BANK (USA), N.A.,   C/O TSYS DEBT MANAGEMENT (TDM),   PO BOX 5155,
               NORCROSS, GA 30091-5155
8094949      +CASH 1, LLC,   4246 W. NORTHERN AVENUE,   Phoenix AZ 85051-5766
8094951      +CATHERINE/TAPE REPORT,   1103 ALLEN DRIVE,   Milford OH 45150-8763
8094952      +CHASE,   P O BOX 901039,   FORT WORTH TX 76101-2039
8501733      +CITIBANK, N.A., AS TRUSTEE FOR CERTIFICATEHOLDERS,   2525 E. CAMELBACK RD. SUITE 300,
               PHOENIX, AZ 85016-4237
8233436       CM RETAIL MANAGEMENT,   285 DAMONTE RANCH PK STE 206,   RENO NV 89521
8094954      +COLLECTECH SYSTEMS, INC.,   P O BOX 361567,   COLUMBUS OH 43236-1567
8162694      +CONSOLIDATED RESORTS INC,   801 SOUTH RAMPART SUITE 200,   LAS VEGAS, NV 89145-4898
8094947      +Capital One,   PO BOX 30285,   Salt Lake City UT 84130-0285
8094953       Check'n Go - Online,   7745 E Kemper Rd,   Cincinnati OH 45249-1611
8094955      +Consolidated,   250 Pilot Road #280,   Las Vegas NV 89119-3511
8094956      +Cross Country Bank,   % First National Collection Bureau, Inc.,   610 Waltham Way,
               Sparks NV 89434-6695
8145675      +DISH NETWORK,   C/O BK DEPT,   PO BOX 6633,   ENGLEWOOD, CO 80155-6633
8126025      +Deutsche Bank National Trust Company, as Trustee,   C/O McCarthy & Holthus, LLP,
               1770 Fourth Avenue,   San Diego, CA 92101-2607
8094958      +Direct TV,   Consumer Service Dept.,   PO BOX 361567,   Columbus OH 43236-1567
8094960      +Dish Network,   Dept 0063,   Palatine IL 60055-0001
8094961      +EMC MORTGAGE,   PO BOX 293150,   Lewisville TX 75029-3150
8504635       EMC MORTGAGE CORPORATION,   PO BOX 660753,   DALLAS, TX 75266-0753
8589644      +EMC Mortgage Corporation,   C/O MARK S. BOSCO,   2525 E. CAMELBACK RD. SUITE 300,
               PHOENIX, AZ 85016-4237
8396592       FIA Card Services NA aka Bank of America,   MS 550,   PO Box 91121,   Seattle, WA 98111-9221
8094962      +FIRST PREMIER BANK,   601 South Minnesota Avenue,   Sioux Falls SD 57104-4868
8094963      +GAIT VENTURES, INC. dba SPEEDY CASH,   1841 West Northern Avenue,   Phoenix AZ 85021-5260
8094964       GEMB/HOME DEPOT,   PO BOX 10300,   ROSWELL GA 30076-0300
8094968      +GM CARD,   P.O. BOX 33156,   Detroit MI 48232-5156
8064558      +GMAC,   PO BOX 130424,   ROSEVILLE MN 55113-0004
8094969      +GMAC MORTGAGE,   P. O. BOX 79135,   Phoenix AZ 85062-9135
8094970      +HELMS & DENEA, P.C.,   3200 North Central Avenue,   Suite 1260,   Phoenix AZ 85012-2432
8094971      +HSBC BANK,   PO BOX 5253,   Carol Stream IL 60197-5253
8094972      +IndyMac Bank,   PO BOX 78826,   Phoenix AZ 85062-8826
8094973       JPMORGAN CHASE BANK, N.A.,   ARIZONA MARKET,   P.O. BOX 260180,   BATON ROUGE LA 70826-0180
8094974      +JUNIPER BANK,   1007 NORTH ORANGE STREET,   Wilmington DE 19801-1239
8094975      +MERCHANT INFORMATOIN SOLUTION,   301 East Virginia Avenue, 4th Floor,   Phoenix AZ 85004-1219
8180473      +MICHAEL P DENEA PLC,   3200 N CENTRAL AVENUE, #2300,   PHOENIX, AZ 85012-2443
8094976      +Merit Estates HOA,   % Vision Community Management,   3941 E Chandler Blvd,
               Phoenix AZ 85048-0301
8248737      +PRA Receivables Management, LLC,   As Agent Of Portfolio Recovery Assocs.,   PO Box 12914,
               NORFOLK VA 23541-0914
8175235      +Premier Bankcard/Charter,   P.O.Box 2208,   Vacaville, CA 95696-8208
8094977      +RELIANT RECOVERY SVC,   2210 E. ROUTE 66 #101,   Glendora CA 91740-4677
8094978      +SEARS/CBSD,   PO BOX 6189,   Sioux Falls SD 57117-6189
8094979      +SEDONA PINES TIME SHARE,   A WOODHAVEN RESORT COMMUNITY,   6701 W. HIGHWAY 89A,
               Sedona AZ 86336-9757
8101933       SPIRIT OF AMERICA NATIONAL BANK/CATHERINES,   FIRST EXPRESS,   PO BOX 856044,
               LOUISVILLE, KY 40285-6044
8094980      +THD/CBSD,   P O BOX 6497,   Sioux Falls SD 57117-6497
8094982      +WESTERN DENTAL SERVICES,   4550 EAST THOMAS ROAD,   PHOENIX AZ 85018-7610
8393442      +Wells Fargo Auto Finance,   Attn: Mac F6582-034,   PO Box 500,   Chester, PA 19016-0500
8423560       Wells Fargo Bank, National Association as Trustee,   EMC Payment Processing,   PO Box 660753,
               Dallas, TX, 75266-0753
8339703       eCAST Settlement Corporation assignee of Chase,   Bank USA NA,   POB 35480,
               Newark NJ 07193-5480

The following entities were noticed by electronic transmission on Mar 04, 2010.
8094950      +E-mail/Text: opsqa_usbankruptcy@cashnetusa.com                            Cashnetusa.com,
               200 W Jackson Blvd 14th Floor,   Chicago IL 60606-6941
8094957      +E-mail/Text: bankruptcynotices@dvcu.org                           DEER VALLEY CREDIT UNION,
               16215 N 28TH AVENUE,   Phoenix AZ 85053-3040
8105390       E-mail/PDF: mrdiscen@discoverfinancial.com Mar 05 2010 01:57:55      DISCOVER BANK,
               DFS Services LLC,   PO Box 3025,   New Albany, Ohio 43054-3025
8094959       E-mail/PDF: mrdiscen@discoverfinancial.com Mar 05 2010 01:57:55      DISCOVER FINANCIAL SERVICES,
               P. O. Box 15316,   Wilmington DE 19850
```

```
District/off: 0970-2           User: schriste              Page 2 of 2                    Date Rcvd: Mar 04, 2010
Case: 09-08831                 Form ID: pdf010             Total Noticed: 68
```

The following entities were noticed by electronic transmission (continued)
```
8094965        E-mail/PDF: gecsedi@recoverycorp.com Mar 05 2010 02:03:28     GEMB/JCP,    P O BOX 984100,
               EL PASO TX 79998-4100
8094966       +E-mail/PDF: gecsedi@recoverycorp.com Mar 05 2010 02:03:23     GEMB/SAMS CLUB,    PO BOX 984100,
               El Paso TX 79998-4100
8094967       +E-mail/PDF: gecsedi@recoverycorp.com Mar 05 2010 02:03:23     GEMB/WALMART,    P. O. Box 981400,
               El Paso TX 79998-1400
8303471        E-mail/Text: resurgentbknotifications@resurgent.com                  LVNV Funding LLC,
               Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
8526549        E-mail/PDF: BNCEmails@blinellc.com Mar 05 2010 01:57:24     Roundup Funding, LLC,    MS 550,
               PO Box 91121,    SEATTLE, WA 98111-9221
8094981       +E-mail/PDF: bankruptcyverizonwireless@afninet.com Mar 05 2010 01:57:51     VERIZON WIRELESS,
               15900 SE Eastgate Way,    Bellevue WA 98008-5757
8415975       +E-mail/PDF: bankruptcyverizonwireless@afninet.com Mar 05 2010 01:57:51     Verizon Wireless West,
               PO Box 3397,   Bloomington, Il 61702-3397
                                                                                            TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            CITIBANK, N.A., AS TRUSTEE FOR CERTIFICATEHOLDERS
cr*          +++EMC Mortgage Corporation,    Attn: Bankruptcy Dept,    P.O. Box 293150,
               Lewisville, TX  75029-3150
tee*         Roundup Funding, LLC,    MS 550,    PO Box 91121,    Seattle, WA  98111-9221
                                                                                            TOTALS: 1, * 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 06, 2010**                  **Signature:**   _Joseph Speetjens_